579 A.2d 814

IN THE MATTER OF SIXTO L. MACIAS, AN
ATTORNEY AT LAW.

September 27, 1990.

## DISCIPLINARY ACTION

## ORDER

The Disciplinary Review Board having filed a report recommending that SIXTO L. MACIAS of UNION CITY, who was admitted to the Bar of this State in 1980, be publicly reprimanded for his failure to answer an ethics complaint, in violation of *Rule* 1:20–3(i), and for his failure to cooperate with the Office of Attorney Ethics, in violation of *RPC* 8.1(b),

And good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted, and SIXTO L. MACIAS is hereby publicly reprimanded; and it is further

ORDERED that the report and recommendation of the Disciplinary Review Board and the complete record in this matter be made a permanent part of respondent's file as an attorney at law; and it is further

ORDERED that respondent reimburse the Ethics Financial Committee for administrative costs incurred in the prosecution of this matter.